146

[PLUMB v. PARKE]

The Court admits John Plumb to enter an Accion ags[t] Deacon Will[m] Parcke sub formā pauperis.

[ See above, p. 144.]

